DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IVETTE NIEVES-BARSUGLIA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1321

[February 18, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562014CF001098A.

Ivette Nieves-Barsuglia, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***